FRANCIS E. DE RAISMES, Respondent, v. HAROLD L. R. THOMAS, Appellant, and AMERICAN SURETY COMPANY OF NEW YORK, Defendant.— Motion for leave

to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.